**FILED**

NOV 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VINCENT JONES, a/k/a "V.I."<br><br>　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 06-00116-DLJ<br><br>[~~PROPOSED~~] ORDER FOR OBTAINING DNA SAMPLE FROM DEFENDANT THROUGH SWABBING OF INSIDE OF HIS MOUTH |

**ORDER**

Based on the government's motion for DNA sample(s) from the defendant dated November 28, 2006, the representations made therein by government counsel, and probable cause showing,

IT IS HEREBY ORDERED that the case agent in the above-captioned case, Vakiya Few, or if unavailable an agent assisting in this case, obtain DNA sample(s) of the defendant through multiple swabbing of the inside of the defendant Vincent Jones' mouth. At no time shall any blood be taken from the defendant.

IT IS FURTHER ORDERED that the DNA sample(s) obtained from the defendant will be used for comparison to other DNA recovered in this case and only for this case.

IT IS SO ORDERED.

DATED: _November 28, 2006_　　　　　　　　_/s/ D. Lowell Jensen_
　　　　　　　　　　　　　　　　　　　　　HON. D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER
CR06-00116-DLJ