

**FILED**

MAR 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**    )
                      )
          **vs.**           )    **Docket Number: CR 06-00116-1 DLJ**
                      )
**Vincent D. Jones**         )
                      )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 16, 2007 _____ be continued until _____ April 20, 2007 _____ at _____ 10:00 a.m. _____ .

Date: ___ **3-8-07** ___                  _____
                                              D. Lowell Jensen
                                              Senior United States District Judge